**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__  District of __New York__
(State)

Case number (If known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  iAfford NY, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  83-2599867

4. **Debtor's address**

   **Principal place of business**
   670 Myrtle Ave., #134
   Number    Street

   Brooklyn     NY    11205
   City         State   ZIP Code

   Kings
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City         State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City         State   ZIP Code

5. **Debtor's website (URL)**  https://iaffordny.com/

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor  **iAfford NY, LLC**
        Name                                                                    Case number (if known)_____

6. **Type of debtor**
   - [X] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [X] None of the above

   B. *Check all that apply:*
   - [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
   - [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   __ __ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - [ ] Chapter 7
   - [ ] Chapter 9
   - [X] Chapter 11. *Check all that apply*:
     - [X] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - [X] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - [ ] A plan is being filed with this petition.
     - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - [ ] Chapter 12

Debtor  iAfford NY, LLC
        Name

Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes.  District _____ When _____ Case number _____
                                MM / DD / YYYY

   If more than 2 cases, attach a separate list.
              District _____ When _____ Case number _____
                                MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
          District _____ When _____
                              MM / DD / YYYY

    List all cases. If more than 1, attach a separate list.
    Case number, if known _____

11. **Why is the case filed in this district?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                      Number    Street

    _____
          City                      State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

| Debtor | iAfford NY, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### 13. Debtor's estimation of available funds

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets

☐ $0-$50,000
☒ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### 16. Estimated liabilities

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/20/2023
            MM / DD / YYYY

X _____     Eugene Goldstein
Signature of authorized representative of debtor     Printed name

Title  Chief Operating Officer for iAfford NY, LLC

Debtor  iAfford NY, LLC
Name

Case number (if known)

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  10/20/2023
MM / DD / YYYY

John D. Giampolo
Printed name

Rosenberg Estis, PC
Firm name

733 Third Avenue, 15th FL
Number    Street

New York
City

NY
State

10017
ZIP Code

212-551-1273
Contact phone

jgiampolo@rosenbergestis.com
Email address

4316360
Bar number

NY
State

## RESOLUTION OF CHIEF OPERATING OFFICER OF iAFFORD NY, LLC

A special meeting for the above limited liability company was held on the date of this resolution via telephone conference or in-person at 670 Myrtle Ave., #134, Brooklyn, New York 11205.

The undersigned Chief Operating Officer, being present, either physically or telephonically, and being empowered by 100% of the limited liability company's membership interest holders to take the actions set forth herein, the meeting was called to order. The Chief Operating Officer advised all of the members present and requested that the limited liability company file a petition pursuant to chapter 11 of the Bankruptcy Code. Upon motion duly made, seconded and unanimously carried, it was

RESOLVED that the limited liability company and it hereby is authorized to execute and file a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York; and it is further

RESOLVED that iAFFORD NY, LLC be and hereby is authorized to retain ROSENBERG & ESTIS, P.C., as lead Debtor's counsel, to represent it in connection with such proceedings; and it is further

RESOLVED that undersigned Chief Operating Officer be and hereby is authorized to execute and file on behalf of the limited liability company, a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York; and it is further

RESOLVED that ROSENBERG & ESTIS, P.C., be and hereby is retained to act on behalf of the limited liability company in connection with such proceeding, subject to further Order of the Court.

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the same was adjourned.

Dated: October 18, 2023

_____
Eugene Goldstein
Chief Operating Officer for iAfford NY, LLC

ROSENBERG & ESTIS, P.C.
733 Third Avenue, 14th Floor
New York, New York 10017
John D. Giampolo, Esq.
Email: jgiampolo@rosenbergestis.com
Tel: (212) 551-1273

*Proposed Counsel for the Debtors and Debtors In Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | (Subchapter V) |
| iAfford NY, LLC, | : | |
| | : | Case No.: _____ |
| Debtor. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

**DECLARATION OF EUGENE GOLDSTEIN**
**IN COMPLIANCE WITH 11 U.S.C. § 1116(1)(B)**

**EUGENE GOLDSTEIN**, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the Chief Operating Officer for iAfford NY, LLC (the "Debtor").

2. Defendant is a small startup company formed approximately five years ago for affordable housing marketing.

3. Debtor is a small startup company formed in recent years for affordable housing marketing.

4. No balance sheet, statement of operations, or cash-flow statement has been prepared for Debtor.

5. Federal tax returns for 2022 have been filed for the Debtor. True and correct copies of which are being provided to the United States Trustee's Office contemporaneously with the filing of the Debtor's petition.

*[Signature Page Below]*

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: October 20, 2023

*Eugene Goldstein*